UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FARM BUREAU INSURANCE COMPANY,

    Plaintiff,

v.                                        Case No. 06-CV-11138

M.D. HELAL AHMED et al.,

    Defendants.
                                                 /

**ORDER VACATING MARCH 28, 2006 ORDER TO SHOW CAUSE**

On March 28, 2006, the court entered an order directing Plaintiff Farm Bureau Insurance Company to show cause why this case should not be dismissed for lack of subject matter jurisdiction. Plaintiff responded on April 10, 2006, satisfactorily curing the deficiencies noted in the court's "Order to Show Cause."[1] Accordingly,

IT IS ORDERED that the court's March 28, 2006 "Order to Show Cause" [Dkt. # 2] is VACATED.

                                          S/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated: April 14, 2006

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 14, 2006, by electronic and/or ordinary mail.

                                          S/Lisa Wagner
                                          Case Manager and Deputy Clerk
                                          (313) 234-5522

---

[1] To the extent Plaintiff's response requests permission to file an amended complaint, the court notes that such permission is not needed given that (1) Defendant has not yet filed an answer, *see* Fed. R. Civ. P. 15(a), and (2) in any event, Plaintiff has already filed the "First Amended Complaint" [Dkt. # 4] and any such request is moot.